# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

December 2, 2021

Lyle W. Cayce
Clerk

No. 21-10283
Summary Calendar

Micky Dawn Wade,

*Petitioner—Appellant*,

*versus*

Wichita County, Texas,

*Respondent—Appellee*.

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 7:21-CV-1

Before Stewart, Haynes, and Ho, *Circuit Judges*.

Per Curiam:*

Micky Dawn Wade moves for leave to appeal in forma pauperis (IFP) from the district court's dismissal of a 28 U.S.C. § 2241 petition seeking release from pretrial custody on grounds, among others, that his right to a speedy trial and his right to be free from excessive bail were violated. While

---

* Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.

the IFP motion was pending, a jury convicted Wade on five counts of sexual assault of a minor and sentenced him to life in prison.  The conviction and sentence rendered moot his claims about pretrial detention.  *See Yohey v. Collins*, 985 F.2d 222, 228-29 (5th Cir. 1993); *Fassler v. United States*, 858 F.2d 1016, 1018 & n.3 (5th Cir. 1988).  We therefore dismiss the appeal for lack of jurisdiction as moot.  *See United States v. Lares-Meraz*, 452 F.3d 352, 354-55 (5th Cir. 2006).  The IFP motion is denied as moot.

APPEAL DISMISSED AS MOOT; IFP DENIED AS MOOT.